[No. 10896–4–I.   Division One.   July 30, 1984.]

CONTRACT DEVELOPMENT CORPORATION, *Respondent,* v. CHAUSSEE CORPORATION, *Respondent.*

JOSEPH SWICK, JR., *Plaintiff,* v. CONTRACT DEVELOPMENT CORPORATION, ET AL, *Respondents.*

JAMES P. O'LEARY, *Plaintiff,* v. HARVEY CHAUSSEE, ET AL, *Defendants,* UNLIMITED TILE CO., INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–02863–4, W. R. Cole, J., entered September 18, 1981. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Corbett, A.C.J., and Swanson, J.

[No. 11295–3–I.   Division One.   July 30, 1984.]

EUGENE R. SYKORA, *Appellant,* v. WESTERN INTERNATIONAL HOTELS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–00211–9, James D. McCutcheon, Jr., J., entered January 7, 1982. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Ringold and Scholfield, JJ.